IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MANDY BARRETT aka
MANDY BARRETT REESE,

           3:15-cv-00189-HDM-WGC

    Plaintiff,

           ORDER

  vs.

LYON COUNTY, *et al.*,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria M. Navarro for reassignment.

    Dated this 31st day of March, 2015.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE